IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GULF COAST MINERAL, LLC,          *
GARY BILLINGSLEY,
PATRICIA A. BILLINGSLEY,          *
LARRY WATTLES, and
JUDY WATTLES,                     *

    Plaintiffs,                  *

V.                                *      Civil Case No.  14-386

VALENTINE VENTURES, LLC,          *      Conecuh County Circuit Court
DESTINY ENERGY, LLC,                     Case No. CV 2013-900096
BRUCE WALLIS, and                 *
HARVEY KELLEY
                                  *
    Defendants.

## NOTICE OF REMOVAL

    PLEASE TAKE NOTICE that Defendants Valentine Ventures, LLC, Destiny Energy,

LLC, Bruce Wallis, and Harvey Kelley, invoke this Court's jurisdiction pursuant to 28 U.S.C.

§1331, and 18 U.S.C. §1964(c), and removes the above captioned action from the Circuit Court

in and for Conecuh County, Alabama to the United States District Court for the Southern District

of Alabama.  This Court has federal question jurisdiction because the subject matter of the action

involve violations of the Racketeer Influenced and Corrupt Organizations Act  (RICO),

18 U.S.C. § 1961 et seq.  In support of  Defendants'  Notice of Removal, Defendants state as

follows:

## I.  SUMMARY OF THE COMPLAINT

    1.  On November 14, 2013, Plaintiff  Gulf Coast Mineral, LLC, filed a four (4) Count

complaint against Defendants in the Circuit Court in and for Conecuh County, Alabama.  A true

and correct copy of the Complaint, and the entire file from the State Court is attached hereto.

Count One requested a Declaratory Judgment for the construction of contract rights pursuant to written cost sharing agreements between Plaintiff and Defendants, relating to the development of oil, gas and minerals leases held in Conecuh County and in Covington County, Alabama. Count Two asserted Defendants breached their contractual agreement with Plaintiff to share the costs on contracted projects, and that Plaintiff fully performed its obligations. Plaintiff demanded damages, fees and costs. Count Three asserted Defendant Destiny committed Promissory Fraud in connection with one of the cost sharing contracts, stating at the time Defendant Destiny represented it intended to fund 50% of the costs in the said project, it had no intention to perform and fund the project. Plaintiff demanded damages, including punitive damages, fees, and costs. Count Four demanded an accounting from Defendants Destiny and Valentine.

## II.  Federal Question

2.  Plaintiff Gulf Coast Mineral, by and through its officers, employees, agents and/or assigns proposed a plan to Defendants for the investment of funds dealing with the purchase of real estate interests in certain counties within the State of Alabama.

3.  Plaintiff's proposed plan required Defendants to deposit money and/or pay to Plaintiff, its agents, officers, employees and/or assigns substantial sums of money.

4.  Utilizing the U.S. Mail system, internet, interstate telephone lines, electronic mail, faxes, banking transactions, traveling between different states for meetings, and utilizing other modes of interstate commerce and devises, Plaintiff, by and through its officers, employees, agents and/or assigns took large sums of money from Defendants and refused to give Defendants an accounting for their invested funds.

5.   Subsequent to the filing of Plaintiff's complaint, Defendants sought through discovery to obtain an accounting from Plaintiff as to their invested funds.  On July 21, 2014, a Court hearing was held regarding Defendants' motion to compel discovery from Plaintiff, and for an accounting.  Defendants' motion was denied, and Plaintiff has of the date of this filing refused to provide Defendants with an accounting.  Defendants assert the July 21, 2014 denial of their motion to compel discovery, and for an accounting, clearly indicate to Defendants that Plaintiff will not give them an accounting, that Plaintiff has fraudulently deprived them of their investments, that Plaintiff has engaged in corrupt and illegal racketeering activity over the period of obtaining Defendants' investments, that Plaintiff has participated in the use of the United States Mail, interstate telephone lines, and other interstate modes of communications as set forth above, and has engaged in a pattern of racketeering activity as defined in the Racketeer Influenced and Corrupt Organizations Act  (RICO), 18 U.S.C. § 1961 et seq.

III.  Procedural Requirements For Removal Have Been Satisfied

6.  Defendants have timely removed this action within thirty (30) days of the July 21, 2014 Order denying Defendants' motion to compel, when Defendants first ascertained that the case is one which is or has become removable pursuant to 28 U.S.C. §1446(b)(3).

7.  No previous Notice of Removal has been filed or made with this Court for the relief sought herein.

8.  As Plaintiff originally filed this action in the Circuit Court in and for Conecuh County, Alabama, removal to the United States District Court for the Southern District of Alabama is proper under 28 U.S.C. § 1441(a).

9.  As required by 28 U.S.C. 1446(d), Defendants will provide notice of this removal to Plaintiff through its attorney of record.

10.  As required by 28 U.S.C. 1446(d), a copy of this notice will be filed with the Circuit Court in and for Conecuh County, Alabama.

11.  If any questions arise as to the propriety of removal of this action, Defendants request the opportunity to present a brief in support of Defendants' position that this case is removable.

Wherefore, premises considered, Defendants desiring to remove this case to the United States District Court for the Southern District of Alabama, prays that the filing of this Notice of Removal shall effect the removal of this action to this Court.

Dated:  August 15, 2014                          Respectfully submitted,

*/s/ Gregory L. Albritton*
Gregory L. Albritton (ALB011)
Attorney for Plaintiffs
112 B Court Street
Evergreen, Alabama  36401
251-578-6900
galbritton@att.net

/s/ Larry C. Moorer
Larry C. Moorer
Bar Number ASB-0337-R81L
Attorney for Plaintiffs
107 North Jackson St.
Mobile, AL  36602
(251) 432-0002
Fax: (251) 432-0040
E-mail: lcmoorer@att.net

## CERTIFICATE OF SERVICE

I hereby certify I have on this 15th day of August, 2014, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties:

*/s/ Gregory L. Albritton*
Gregory L. Albritton